B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Pennsylvania

In re  **Fleming Steel Company**  
Debtor(s)

Case No. **11-22292**  
Chapter **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| A&D Transportation, Inc.<br>POB644<br>Clearfield, PA 16830 | A&D Transportation, Inc.<br>POB644<br>Clearfield, PA 16830 | Business Debt | | 74,521.00 |
| Allstate Crane Rental, Inc.<br>117 Medway Road<br>Goose Creek, SC 29445 | Allstate Crane Rental, Inc.<br>117 Medway Road<br>Goose Creek, SC 29445 | | | 221,619.00 |
| Bearing Service Company Of PA<br>POB 371733<br>Pittsburgh, PA 15251 | Bearing Service Company Of PA<br>POB 371733<br>Pittsburgh, PA 15251 | | | 79,756.00 |
| Boardman Steel Fabricators, Ltd.<br>8397 Southern Blvd.<br>POB 3425<br>Youngstown, OH 44513-3425 | Boardman Steel Fabricators, Ltd.<br>8397 Southern Blvd.<br>POB 3425<br>Youngstown, OH 44513-3425 | | | 131,696.00 |
| Bortnick Construction, Inc.<br>146 Beaver Street<br>POB 30<br>Springboro, PA 16435 | Bortnick Construction, Inc.<br>146 Beaver Street<br>POB 30<br>Springboro, PA 16435 | | | 46,180.00 |
| Cone Drive Operations, Inc.<br>Dept. CH19432<br>Palatine, IL 60055-9432 | Cone Drive Operations, Inc.<br>Dept. CH19432<br>Palatine, IL 60055-9432 | | | 32,823.00 |
| Continental Casualty Co.<br>c/o J. Michael McCague, Esquire<br>The Gulf Tower, 38th Floor<br>707 Grant Street<br>Pittsburgh, PA 15219 | Continental Casualty Co.<br>c/o J. Michael McCague, Esquire<br>The Gulf Tower, 38th Floor<br>Pittsburgh, PA 15219 | Bond | Disputed | 500,000.00 |
| Control Design, Inc.<br>211 RIDC Park West Drive<br>Pittsburgh, PA 15275 | Control Design, Inc.<br>211 RIDC Park West Drive<br>Pittsburgh, PA 15275 | | | 29,813.00 |
| Eagle Electric Engineering<br>67 Tom Harvey Road<br>Westerly, RI 02891 | Eagle Electric Engineering<br>67 Tom Harvey Road<br>Westerly, RI 02891 | | | 57,450.00 |

In re  **Fleming Steel Company**                                  Case No.  **11-22292**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| First Commonwealth Credit Card Dept. PO BOX 0537 Indiana, PA 15701 | First Commonwealth Credit Card Dept. PO BOX 0537 Indiana, PA 15701 | | | 56,568.00 |
| Linton's Mechanical Services, Inc. 104 Sawgrass Avenue Goose Creek, SC 29445 | Linton's Mechanical Services, Inc. 104 Sawgrass Avenue Goose Creek, SC 29445 | | | 275,606.00 |
| Loveman Steel Corp. POB 72540 Cleveland, OH 44192 | Loveman Steel Corp. POB 72540 Cleveland, OH 44192 | | | 36,640.00 |
| Mohawk Const. & Supply Co., Inc. POB 1276 108 W. McMurray Road Canonsburg, PA 15317 | Mohawk Const. & Supply Co., Inc. POB 1276 108 W. McMurray Road Canonsburg, PA 15317 | | | 101,215.00 |
| Pawling Corp. 157 Charles Colman Blvd. Pawling, NY 12564-1188 | Pawling Corp. 157 Charles Colman Blvd. Pawling, NY 12564-1188 | | | 74,985.00 |
| RFK Enterprises, LLC 1429 New Butler Road New Castle, PA 16101 | RFK Enterprises, LLC 1429 New Butler Road New Castle, PA 16101 | | | 62,550.00 |
| Richard Audino 926 Kings Chapel Road New Castle, PA 16105 | Richard Audino 926 Kings Chapel Road New Castle, PA 16105 | | | 40,700.00 |
| Sunbelt Rentals POB 409211 Atlanta, GA 30384-9211 | Sunbelt Rentals POB 409211 Atlanta, GA 30384-9211 | | | 111,466.00 |
| Transworld, Inc. POB 21373 Charleston, SC 29413-1373 | Transworld, Inc. POB 21373 Charleston, SC 29413-1373 | | | 105,999.00 |
| United Steel Service, Inc. PO BOX 76 Masury, OH 44438 | United Steel Service, Inc. PO BOX 76 Masury, OH 44438 | | | 34,312.00 |
| Washington Iron Works 3144 Colin Lane Oak Harbor, WA 98277 | Washington Iron Works 3144 Colin Lane Oak Harbor, WA 98277 | | | 66,130.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Fleming Steel Company** Case No. **11-22292**

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 11, 2011**  Signature **/s/ Seth Kohn**
**Seth Kohn**
**President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.