# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| FLEMING STEEL COMPANY, | ) | Case No. 11-22292 JKF |
| | ) | |
| Debtor-In-Possession, | ) | Chapter 11 |
| | ) | |
| | ) | Document No. |
| FLEMING STEEL COMPANY, | ) | |
| | ) | Related to doc. nos. 6 & 17 |
| Movant, | ) | |
| | ) | Hearing Date: 5/26/2011 @ 9:00 am |
| vs. | ) | |
| | ) | |
| No Respondent. | ) | |

**DOCUMENTS FILED IN SUPPORT OF AMENDED EMERGENCY CONSENT MOTION FOR APPROVAL OF STIPULATION REGARDING THE INTERIM USE OF CASH COLLATERAL AND EXTENSION AND PRIORITY OF LIENS**

See Attached

                                        Respectfully submitted,

                                        MORELLA & ASSOCIATES, A Professional Corporation

                            By: /s/ Alan E. Cech
                                    Alan E. Cech, Esquire
                                    PA ID No. 32504
                                    706 Rochester Road
                                    Pittsburgh, PA  15237
                                    412-369-9696