# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| FLEMING STEEL COMPANY, | ) | Case No. 11-22292 JKF |
| Debtor-in-Possession, | ) | Chapter 11 |
| FLEMING STEEL COMPANY, | ) | Document No.: 88 |
| Movant, | ) | |
| vs. | ) | |
| No Respondent. | ) | |

## ORDER OF COURT

**AND NOW**, to wit, this 17th day of August, 2011, upon consideration of the foregoing Motion, it is hereby **ORDERED, ADJUDGED and DECREED** that said Motion is **GRANTED** and the exclusivity period for the Debtor to file a Plan of Reorganization and Disclosure Statement is enlarged to October 10, 2011.

Dated: 8/17/2011
10:48:42

Judith K. Fitzgerald
United States Bankruptcy Judge

dcd